## ATTORNEY GRIEVANCE COMMISSION OF MARYLAND *v.* FABIAN H. KOLKER

[Misc. (BV) No. 30, September Term, 1982.]

*Order filed October 11, 1983.*

Consent to disbarment filed by Fabian H. Kolker in accordance with Maryland Rule BV12 d 2.

Fabian H. Kolker is disbarred by consent from the further practice of law in the State of Maryland and his name stricken from the register of attorneys in this Court.